No. 10–9209.   PURVIS v. OEST ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 10–9334.   ROSS v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WASHINGTON MUTUAL BANK.   C. A. 4th Cir.   Certiorari denied.

No. 10–9555.   ERVIN v. TEXAS.   Ct. App. Tex., 1st Dist.   Certiorari denied.

No. 10–9758.   BALENTINE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 10–9886.   FLEMING v. CHICAGO TRANSIT AUTHORITY.   C. A. 7th Cir.   Certiorari denied.

No. 10–9887.   GLENN v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 10–9888.   HENDERSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 10–9895.   BRIDGES v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 10–9898.   GUO v. WAGSTAFF ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 10–9900.   B. J. G. v. ST. CHARLES COUNTY SHERIFF ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 10–9908.   DINGLE v. KOPPEL, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 10–9920.   CLARK v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 10–9924.   STOKES v. MOORMAN.   C. A. 4th Cir.   Certiorari denied.